IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01621-MJW

FIRST STATE BANK OF COLORADO, as Successor-in-Interest by Merger to Colorado Mountain Bank,

Plaintiff,

v.

WESTERN HOSPITALITY INSURANCE GROUP,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Second Joint Motion to Amend Scheduling Order (Docket No. 28) is GRANTED.  The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed.R.Civ.P. 26(a)(2) on or before February 15, 2013.  The parties shall designate all rebuttal experts and provide opposing counsel and any pro se parties with all information specified in Fed.R.Civ.P. 26(a)(2) on or before March 1, 2013.  The Scheduling Order (Docket No. 18) is amended accordingly.

Date: January 31, 2013