IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 12-cv-01621-MJW

FIRST STATE BANK OF COLORADO, as Successor-in-Interest by Merger to Colorado Mountain Bank,

Plaintiff,

v.

WESTERN HOSPITALITY INSURANCE GROUP,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

In view of the Stipulation for Dismissal with Prejudice (Docket No. 30), which is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that this matter is dismissed with prejudice.  The parties shall bear their own attorney's fees, expenses, and costs.


Date:  April 12, 2013                           s/ Michael J. Watanabe
       Denver, Colorado                         Michael J. Watanabe
                                                United States Magistrate Judge